# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

MEMO ENDORSED

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

January 29, 2020

**By ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

   Re: *United States v. Peretz & Suri Klein*, 18 Cr. 614 (KMK)

Dear Judge Karas:

  I apologize for the lateness of this request. I write to respectfully request permission for my client Peretz Klein and his wife Suri Klein to be permitted to travel tomorrow for a weekend family trip with three of their children to Vermont or the Poconos in Pennsylvania. Their son just got engaged this week and they would like to spend a weekend away together as a family, which they have been unable to do since 2018. Because of other commitments, they otherwise will not be able to take a trip as family before the wedding.

  Mrs. Klein told her and her husband's probation officer, Jessica Killian, about this proposed trip and my understanding is that she does not object. If Your Honor permits this trip, Mrs. Klein will then make reservations and will give the details, including the dates of travel and places she and her husband will be staying, to Probation Officer Killian, and I will supply this information to the Government.

  Assistant United States Attorney Hagan Scotten has informed me that the government has no objection to this request. Thank you for your consideration.

          Respectfully submitted,

          /s/

          Susan R. Necheles

Granted.
So Ordered.
KMK
1/29/20

cc: AUSA Hagan Scotten (by ECF)
  Probation Officer Jessica Killian (by email)