# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

**MEMO ENDORSED**

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

May 15, 2020

**Via ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Peretz Klein*, 18-cr-614

Dear Judge Karas:

We write to respectfully request, on behalf of our client Peretz Klein, an adjournment of Mr. Klein's current sentencing date of June 17, to a date of Your Honor's choosing in August.

Due to the current health situation, we have unfortunately not been able to prepare for sentencing in our normal manner and thus require additional time before we are prepared for Mr. Klein's sentencing. The pandemic has also hampered Mr. Klein's ability to sell some of his assets with which to begin paying his restitution obligation. Moreover, due to the Jewish national-mourning period of the Three Weeks, *see generally* https://en.wikipedia.org/wiki/The_Three_Weeks, which this year runs from July 9 to July 30, we respectfully request an adjournment of his sentencing to a date convenient to Your Honor in August.

I have spoken to the government and they have no objection to this request.

Respectfully submitted,

/s/
Gedalia Stern

cc: All counsel (via ECF)

Granted. The sentence will go forward on 8/25/20 at 11:00 AM.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
5/18/20