# NECHELES & CASSIDY LLP

ATTORNEYS AT LAW

**MEMO ENDORSED**

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

July 14, 2020

**Via ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Peretz Klein*, 18-cr-614

Dear Judge Karas:

We write to respectfully request a minor modification to Peretz Klein's bail conditions to allow him to drive to Massachusetts on Thursday, July, 16.

As Your Honor is aware, Mr. Klein has pleaded guilty to a superseding information charging him with a single count of 18 U.S.C. 371, and is awaiting sentencing. Mr. Klein would like to drive to Boston, Massachusetts on Thursday to meet and confer with Rabbi Goldwasser, an Israeli rabbi with whom he has a prior relationship and who is spending the summer in New England. If Your Honor approves this request, Mr. Klein will drive to Boston, meet with Rabbi Goldwasser, and return to New York all on Thursday.

We have spoke to both Pre-Trial Services and the U.S. Attorney's Office and neither has any objection to this request.

Granted.
So Ordered.
7/15/20

Respectfully submitted,

/s/
Gedalia Stern

cc: All counsel (via ECF)
PSO Winter Pascaul (via Email)