# Exhibit A

June 1, 2022

Dear Judge,

I am writing this follow up letter to give you more information about what has happened with me over the last few years.

[redacted] Last Fall, after I lost my job, my boyfriend and I tried to move to Florida where he started a business. [redacted] When I finally reached out to my parents for help, they immediately stepped up. They re-arranged their lives so my mother could come down to help me, while my father took care of everything at home. [redacted] Now that I am back at home, [redacted] and my father has helped me set up a basement apartment where I am living.

I want also to share that over the last several years, my father has gone above and beyond. He shows his love with actions. He built a "shed" extension to the basement apartment for me, he helped me rent an RV for a camping trip with my friends, and he leant me his car for the weekend. It is not the material things that I care about. Instead, by doing these things and going out of his way to make life easier, it shows me that he is thinking of me and my well-being, and that makes me feel loved and [redacted]

Finally, while my mother is the one who is best able to talk me [redacted] I see how much she relies on my father. For her to be able to drop everything and focus on me, he needs to pick up the pieces. I wish I didn't need so much from them, because I see how it sometimes overwhelms my mother. But my father stays calm and takes care of my mother. By giving her support, she can better support me. They are a unit, and I need them both very much.

Thank you Judge for reading this.

Sincerely, Raizel Klein

Raizel Klein

(*dictated to counsel)

# Exhibit B

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

May 31, 2022

Dear Judge Karas:

My name is Yitzchok Dov Klein. My friends call me Yitzy. I live with my parents, Peretz and Suri Klein. A few years ago, [redacted] (which my parents were unaware of at the time). My parents helped me get better by [redacted] I've also had trouble keeping a job. Last year, I was lucky to have met my wonderful wife, Hannah. Although we love each other, we each [redacted] although we tried numerous times to move out and carry on, but each time we ended up back in my parent's home. Thanks to my father's intervention, my brother hired me in his business when the business moved. I was hired to take care of the maintenance needed in the factory, but I am still not knowledgeable enough to do everything. My father teaches me and supports me and helps me keep the job. Often he comes up to Liberty to show me firsthand what needs to be done when I need his help. He also helps me keep sober and is truly my backbone.

I need my parents here to support me. I don't know how I would manage without them.

Respectfully yours,

Yitzchok Dov Klein

# Exhibit C

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

May 31, 2022

Dear Judge Karas:

My name is Hannah (Simon) Klein. I am married to Yitzy Klein, the son of Peretz and Susan Klein. I got engaged to Yitzy in March of last year and we were married in May of last year. [REDACTED] who can help me or support me and so, due to my condition, I moved into Yitzy's house (his parent's home) when I got engaged. Yitzy's parents helped us get married and were the parents I didn't have. After we got married, we tried moving into the apartment that Peretz and Susan had so lovingly set up for me, but after sleeping there for two nights, [REDACTED] We have been living with my in-laws since before my marriage. [REDACTED] Thank G-d my in-laws have been very supportive of us every time we came back.

Although my father-in-law is not very fond of dogs, and never really wanted one in his house, he was totally accepting of me getting a dog and bringing it into the house to help me heal. The dog helped me [REDACTED] my father-in-law sits with me in a calming manner and helps me get through it, either by breathing with me or other techniques. Peretz and Susan also [REDACTED] by helping me find the right people to help. They are also providing me with a stable home to live in. In the year and a half that I am living in their house, I am slowly starting [REDACTED] Although I am much better, at this point in my life I still need them to help me get better.

Thank you for listening to me.

Respectfully,

Hannah Simon/Klein

# Exhibit D

Chaya Gandl
7 Sanz Ct. #302
Monroe, NY 10950
845-662-8196

May 31, 2022

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Dear Judge Karas:

I am writing to you on behalf of my dearest uncle, Peretz Klein, from the depth of my heart.

My name is Chaya Gandl and I am the oldest daughter of Abraham Klein, the oldest brother of Peretz.

Daddy was widowed 2 years ago, unfortunately, in the worst of Covid times. He is in his high 80s, with many medical issues. Daddy fought for his life then, and since then, numerous times. He was almost on his deathbed, and miracles happened, and thank G-d, he is still with us and we are all very happy!

The biggest miracle is that he has a wonderful brother like Peretz who devotedly came to rescue.

When Daddy started feeling a bit better, he was determined to start driving his car again so that he, a very determined old man, would not stay homebound. We, of course, didn't want him to drive but we were in a dilemma, since neither me nor my sisters drive and we couldn't keep him home.

But Peretz, as usual, came to the rescue! He picks up Daddy early morning every single day rain or shine. He makes sure his oxygen is well adjusted, and when Daddy seems to be in order he helps him out to the car and drives him to the synagogue for early morning prayers. Peretz helps him in, makes sure he is comfortable, and then brings him home safely. After Daddy's breakfast and nap, Peretz picks up Dad again and transports him for his daily Talmud sessions in the afternoon, where Daddy meets many of his old friends.

Honored Judge! Daddy would be totally homebound by now, if not for his dedicated brother Peretz! That is not all! Daddy suffers very often from deep ulcers on his legs. We have been for much medical help but have not been very successful. Our Aunt, Suri Klein, has much experience with natural creams that do help. Peretz not only transports Daddy to get these treatments, he also helps rebandage his legs. All this has helped my father's leg very much.

Your Honor, Peretz does so much for my Daddy. Please consider this kindness when sentencing my uncle!

I thank Your Honor so much for reading this letter.

Sincerely yours,

Chaya Gandl

Chaya Gandl

# Exhibit E

June 1, 2022

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Dear Judge Karas:

My name is Mordechai Klein, also known as Motty. I am Peretz Klein's brother. I live in Monsey, New York, and up until a little over a year ago I had a thriving grocery store on Main Street in Monsey. My life turned upside down the day my store went up in flames. It was a month before the Passover holiday – the busiest season of the year. I was totally lost, until my brother, Peretz, stepped in to save me. He helped me find a new location, much bigger and nicer than my original store. He helped me find shelving and all the necessary items needed to reopen. He helped me work out with all my suppliers that they should give me merchandise to fill my shelves on credit until I would either get something from my insurance company, or simply get back on my feet. Unbelievably, with Peretz's help, within two weeks we were up and running in the new location, with a fully stocked supermarket!

Over the last year Peretz has constantly been by my side, physically helping out, emotionally encouraging me through hard times, and giving his expert advice on great ways to expand my business, Peretz is staunchly at my side, seeing wherever help is needed and pitching in whenever necessary.

I would never have managed to rebuild my business without him and I don't know how I will manage without him. Please be lenient with his sentencing.

Thank you for taking the time to read my letter.

Respectfully,

Mordechai Klein

[illegible] 2

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Dear Judge Karas:

[illegible]

[illegible]

[illegible]

[illegible]

Thank you [illegible] my letter.

[illegible]

[illegible]

[signature]

# Exhibit F

May 24, 2022

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Dear Judge Karas:

I want to express my perspective about my good friend, Peretz Klein, whom I've known for many years. I *daven* (pray) together with him in the synagogue and we also learn together (Jewish texts) every morning for an hour.

Peretz is an unusually special person, the likes of which are hard to find. You see, [redacted] This makes it hard for me to walk, let alone do the exercises the doctor wants me to do. The doctor prescribed a series of difficult exercises that I have to do for therapy. All of it is hard for me, but the hardest is the swimming therapy. I have to go swimming a few times a week and this is very difficult for me. However, Peretz is my lifesaver. He takes me to swim with dedication and devotion. He helps me get in and out of the car, accompanies me to the swimming pool, and is my lifeguard – watching me carefully that nothing goes wrong as I swim, and ultimately helping me come out of the pool and take me home. In the synagogue, he helps me in and out of my chair when needed, he brings me drinks and coffee so that I don't have to get up and walk around, which is so difficult for me, and brings me whatever I may need at a given time. He gives away from his own precious time and energy and he helps me in whatever way he possible can.

Peretz, with his good heart, is a really a good person. Not just me, but many people in the community rely on his generosity and care.

I thank Your Honor for reading my letter

From his friend,
(WILLIAM)
Mordechai Drucker

# Exhibit G

**RABBI AARON GANZ**
**24 Laura Drive**
**Airmont, NY 10952**

June 1, 2022

Hon Kenneth M Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Honorable Judge,

My name is Aaron Ganz. I am writing on behalf of my son-in-law, Aaron Oster, living at 5 North Post Lane in Airmont, New York. [redacted]

Peretz Klein is a Aaron's next door neighbor. When Peretz moved in about a year and half ago, it was truly a blessing. He comes over whenever we need his help to take Aaron up and down around his house. Peretz also comes over whenever he can to help lift Aaron's mood, which is often down because of his predicament. He tries to entertain him a bit whenever he is down. The neighbors get together to cheer him up on a regular basis with music and singing and Peretz takes part in that as well.

[redacted] he still likes to pray with a forum of ten people on the Sabbath. Peretz comes over every Friday night and Saturday to participate in the forum and help and support his with this as well.

Peretz is a much beloved member of our community and is always ready to lend a helping hand – even at a moment's notice.

Thank you for understanding.

**Sincerely,**

**Rabbi Aaron Ganz**
**On behalf of Aaron Oster**

# EXHIBIT H



June 1, 2022

Hon Kenneth M Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Dear Judge Karas:

I have been working with families in crisis since 2003, when I opened a home for kids at risk, who were on the streets and homeless. What I learned from working with these children was that their best solution comes from working with the parents and for the past ten years that is what I do. Most of the families under my care have success in stabilizing their child in crisis. The method requires parents to be the emotional respirator to make their sick child feel safe and secure. Physically sick children need their parents support, but in these cases it's much more than that since the support and love of the parents is the treatment that gives their kids a chance to stay alive and then to thrive.

Peretz and Susan Klein have been under my guidance for [REDACTED] During the last two years, including COVID time, [REDACTED] Peretz and Susan have been staunchly following my guidelines to keep their daughter safe and secure. They have opened their house to her friends (all of whom do not follow in the footsteps of their religious parents) and to Raizel's two dogs, which [REDACTED]

Part of the "medicine" that I prescribe for these children is "fun," given in the way of "time bombs" – trips, and "gift bombs" – gifts. Since Peretz and Susan are restricted in their travel, they have to compensate with other things. Twisted Parenting has a fund to help parents pay for the gifts and trips that are so vital to the children's recovery and in building the relationship with their parents. I have helped them make major purchases, such as a hot tub – which is really frowned upon in their community, but which Peretz

undertook to buy and maintain. I know that he is the one who set it up and constantly monitors the water, filtering, and upkeep. [redacted] I am also aware that Peretz [redacted] which includes an area for her friends to chill. He was very busy with this, since he could not afford to hire a contractor to do it for him and it kept him busy for quite some time.

About a half a year ago [redacted] She has since not found another job. She traveled to Florida with her boyfriend this past winter and [redacted] Her boyfriend was trying to build his business there and she was alone at home, with no job and just her dogs for most of the day. [redacted] When speaking with her mother, she [redacted] This was two weeks before the Passover holiday, the busiest time of the year. When her mother heard those words, that is when she reached out to the judge for permission, dropped everything she was doing, and ran to Florida to calm her down and accompany her home. Although Raizel is doing much better at home, she is still jobless and [redacted]

I can only reiterate what I said in my previous letter to the judge: Being that [redacted] is based on her parents' love and support, it is my belief, that if her either of her parents were to be incarcerated, [redacted]

If you have any further questions, or need clarification on any matter, please feel free to contact me at 718-902-6666.

Respectfully yours,

*Avi Fishoff*
Internationally Certified
Alcohol & Substance Abuse Professional
Founder: Home Sweeeet Home & TWiSTED PARENTiNG!