# NechelesLaw, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gstern@necheleslaw.com  
212-997-7400

June 3, 2022

<u>Via ECF</u>  
Hon. Kenneth M. Karas  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

  Re: *United States v. Peretz Klein*, 18-cr-614

Dear Judge Karas:

  We respectfully write to update the Court as to restitution for Peretz and Susan Klein. Their restitution obligation is $1,144,288.37. We have that full amount in our escrow account and will pay it as soon as the restitution obligation is entered in this case. We apologize for not including this information in the supplemental sentencing submission we recently filed.

          Respectfully submitted,

            /s/

          Gedalia Stern