# NechelesLaw, LLP

1120 Avenue of the Americas
New York, NY 10036

**MEMO ENDORSED**

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

July 1, 2022

Via ECF
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Peretz Klein*, 18-cr-614

Dear Judge Karas:

We respectfully write to request an adjournment of Peretz Klein's report date to prison.

Mr. Klein is currently required to report to prison by July 8. His judgment, however, has yet to be entered on the docket and so the Bureau of Prisons cannot yet designate him for a prison. We therefore request an adjournment of his report date until August 9, to ensure that there is sufficient time for Mr. Klein to be designated by BOP before his report date.

We have spoken to the U.S. Attorney's Office and they have no objection to this request

Granted. The surrender date is moved to 8/8/22, but there will be no further extensions. The only reason the judgment has not been completed is that the Court is awaiting restitution information from the Government, which must be provided by 7/8/22.

Respectfully submitted,

/s/

Gedalia Stern

So Ordered.

7/1/22