# NechelesLaw, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gstern@necheleslaw.com  
212-997-7400

January 8, 2025

By ECF  
Via ECF  
Hon. Kenneth M. Karas  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas St.  
White Plains, NY 10601

Re: *United States v. Peretz Klein*, 18-cr-614-KMK

Dear Judge Karas:

We write to respectfully request permission for Peretz Klein to travel to Israel from January 14 to February 2.

As the Court is aware, President Biden recently commuted Peretz Klein's prison sentence and he is now serving his term of supervised release. Dkt. #271. Given that, Mr. Klein would like to be able to travel to Israel both to attend the wedding (including the pre- and post-nuptial celebrations) of a granddaughter being held there, as well as visit one of his sons who currently lives in Israel and is struggling with some mental health issues.

If the Court approves this request, Mr. Klein will provide his probation officer with his full itinerary. I have spoken to both the assigned AUSA and Mr. Klein's probation officer and neither has any objection to this request.

Granted.  
So Ordered.  
1/8/25

Respectfully,

/s/

Gedalia Stern

Cc: AUSA Michael Maiman (via ECF)

# NechelesLaw, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

January 8, 2025

By ECF
Via ECF
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Peretz Klein*, 18-cr-614-KMK

Dear Judge Karas:

We write to respectfully request permission for Peretz Klein to travel to Israel from January 14 to February 2.

As the Court is aware, President Biden recently commuted Peretz Klein's prison sentence and he is now serving his term of supervised release. Dkt. #271. Given that, Mr. Klein would like to be able to travel to Israel both to attend the wedding (including the pre- and post-nuptial celebrations) of a granddaughter being held there, as well as visit one of his sons who currently lives in Israel and is struggling with some mental health issues.

If the Court approves this request, Mr. Klein will provide his probation officer with his full itinerary. I have spoken to both the assigned AUSA and Mr. Klein's probation officer and neither has any objection to this request.

Granted.
So Ordered.
[signature]
1/8/25

Respectfully,

/s/

Gedalia Stern

Cc: AUSA Michael Maiman (via ECF)