# NechelesLaw, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

April 22, 2025

By ECF
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Peretz Klein*, 18-cr-614-KMK

Dear Judge Abrams:

We write to respectfully request permission for Peretz Klein to travel to Israel from May 14 until June 9.

As the Court is aware, President Biden commuted Peretz Klein's prison sentence, and he is now serving his term of supervised release. Dkt. #271. Mr. Klein would like to be able to travel to Israel both to attend his grandson's bar mitzvah there, which will occur on June 4 and to celebrate the holiday of Lag B'Omer in Israel, which this year occurs on May 16. We therefore request permission for Mr. Klein to travel to Israel from May 14 until June 9.

If the Court approves this request, Mr. Klein will provide his probation officer with his itinerary. I have spoken to Mr. Klein's probation officer, who consents to this request, and the assigned AUSA, who informed me that he defers to the Probation Department's position.

Granted.

So Ordered.
4/22/25

Respectfully,

/s/

Gedalia Stern

Cc: Michael Maiman (via ECF)