# NechelesLaw, LLP
1120 Avenue of the Americas
New York, NY 10036

August 11, 2025

Via ECF
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

   Re: *United States v. Peretz Klein*, 18-cr-614

Dear Judge Karas:

   We write to respectfully request permission for Peretz Klein to travel to Israel from September 20 to October 30.

   As the Court is aware, President Biden commuted Peretz Klein's prison sentence, and he is now serving his term of supervised release. Dkt. #271. Mr. Klein would like to be able to travel to Israel from September 20 to October 20 to celebrate the upcoming Jewish holidays (Rosh Hashana, Yom Kippur, and Sukkot) there.

   If the Court approves this request, Mr. Klein will provide his probation officer with his full itinerary. I have spoken to Mr. Klein's probation officer, who has no objection to this request, and the assigned AUSA, who informed me that he defers to the Probation Department's position.

Granted.

So Ordered.

9/2/25

Respectfully,

/s/

Gedalia Stern

Cc: Michael Maiman (via ECF)