## Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia Stern
gms@necheleslaw.com
212-997-7400

January 12, 2026

Hon. Kenneth A. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re: *United States. v. Peretz Klein*, 18-cr-614

Dear Judge Karas:

We respectfully write to request permission for Peretz Klein to stay in Israel for another four weeks.

As Your Honor will recall, last month the court granted Mr. Klein permission to travel to Israel to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ That permission is due to expire this Thursday, January 15th. Mr. Klein's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

We therefore respectfully request that the Court permit Mr. Klein to stay in Israel until February 12.

I have spoken to the Probation Department, who has no objection to this request, and the assigned AUSA, who said that he defers to Probation. Finally, given the sensitive nature of this request, we ask that this letter be filed on the public docket in redacted form.

Respectfully submitted,

/s/

Gedalia Stern

Granted.
SO ORDERED:

HON. KENNETH M. KARAS  U.S.D.J.

1/12/2026

Case 7:18-cr-00614-KMK     Document 294     Filed 01/12/26     Page 2 of 2

# EXHIBIT A
# FILED UNDER SEAL