Case 7:18-cr-00614-KMK Document 296 Filed 08/03/26 Page 1 of 1

**NechelesLaw, LLP**
1120 Avenue of the Americas
New York, NY 10036

August 13, 2026

Via ECF
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Peretz Klein*, 18-cr-614

Dear Judge Karas:

We write to respectfully request permission for Peretz Klein to travel to Israel from September 7 until October 12.

Mr. Klein, who is nearing the end of his term of supervised release, makes this request because he would like to be able to celebrate the upcoming Jewish holidays (Rosh Hashana, Yom Kippur, and Sukkot), in Israel and also to visit some of his children and grandchildren who currently live there.

If the Court approves this request, Mr. Klein will provide his probation officer with his full itinerary. I have spoken to Mr. Klein's probation officer, who has no objection to this request, and the assigned AUSA, who informed me that he defers to the Probation Department's position.

Granted.

So Ordered.

8/3/26

Respectfully,

/s/

Gedalia Stern

Cc: Michael Maiman (via ECF)